Prob 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
15-03052-01-CR-S-RK

DOCKET NUMBER (Rec. Court)
4:19cr37

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ANTHONY LOVON DIXON | Western District of Missouri | Southern |

NAME OF SENTENCING JUDGE
Roseann A. Ketchmark

| DATES OF PROBATION /SUPERVISED RELEASE: | From 10/03/2018 | To 10/02/2028 |
|---|---|---|

OFFENSE

18 U.S.C. § 2250(a) Failure To Register As A Sex Offender

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for Southern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-13-19
Date

Roseann A. Ketchmark
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Georgia

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

March 8, 2019
Effective Date



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
Southern and Southwestern Divisions
United States Courthouse
222 North John Q. Hammons Parkway
Suite 1400
Springfield, Missouri 65806
(417) 865-3869

Transfer of ☑ Criminal Case   or ☐ Magistrate Case
WDMO Case No.: 6:15-cr-03052-RK          Case Title: USA v Anthony Lovon Dixon

Dear Sir/Madam:

**Pursuant to** ☐ F.R.Cr.P. 5    ☐ F.R.Cr.P. 32
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to F.R.Cr.P. 20**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction**  ☑ Supervised Release   ☐ Probation
☑ Attached are the last charging document, the judgment and commitment, revocation orders (if any), and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

                                        Sincerely,

                                        Paige Wymore-Wynn, Acting Clerk of Court

                                        By  s/ Rebecca Furtak
                                            Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to  spfdgen@mow.uscourts.gov

                                        Clerk, U.S. District Court

Date: _____          By _____
                                            Deputy Clerk

CLOSED

# U.S. District Court
## Western District of Missouri (Springfield)
## CRIMINAL DOCKET FOR CASE #: 6:15−cr−03052−RK−1

Case title: USA v. Dixon

Date Filed: 05/05/2015
Date Terminated: 03/30/2016

Assigned to: District Judge Roseann Ketchmark

Appeals court case number: 16−3303 8th USCA

### Defendant (1)

**Anthony Lovon Dixon**
*TERMINATED: 03/30/2016*

represented by **David R. Mercer**
Federal Public Defender's Office – Springfield
901 St. Louis Street
Suite 801
Springfield, MO 65806
417/873−9022
Fax: 417/873−9038
Email: david_mercer@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*

**Michelle Nahon Moulder**
Federal Public Defender's Office
901 St. Louis, Suite 801
Springfield, MO 65806
(417) 873−9022
Fax: (417) 873−9038
Email: michelle_moulder@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*

### Pending Counts

FAILURE TO REGISTER AS A SEX OFFENDER
(1)

### Disposition

BOP 30 MOS; followed by Supervised Release for 10 YRS. Standard and special conditions. Fine waived; MSA $100. Dft remanded.

### Highest Offense Level (Opening)

1

Felony

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

None

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Patrick Carney** |
| | | United States Attorney's Office–Spgfd |
| | | 901 St. Louis Street |
| | | Suite 500 |
| | | Springfield, MO 65806–2511 |
| | | (417) 831–4406 |
| | | Fax: (417) 831–0078 |
| | | Email: patrick.carney@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |
| | | *Bar Status: Active* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/05/2015 | 1 | | INDICTMENT as to Anthony Lovon Dixon (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet) (Siegert, Karen) (Entered: 05/06/2015) |
| 05/05/2015 | 2 | | ORDER REFERRING CASE to Magistrate Judge David P Rush as to Anthony Lovon Dixon. Signed on 5/5/15 by District Judge M. Douglas Harpool.(Siegert, Karen) (Entered: 05/06/2015) |
| 05/05/2015 | 3 | | ORDER Authorizing Temporary Transfer of Custody on Consent as to Anthony Lovon Dixon. (Siegert, Karen) (Entered: 05/06/2015) |
| 08/31/2015 | 4 | | ADMINISTRATIVE MOTION for Writ of Habeas Corpus ad prosequendum as to Anthony Lovon Dixon. (Siegert, Karen) (Entered: 08/31/2015) |
| 08/31/2015 | 5 | | ORDER granting 4 motion for Writ of Habeas Corpus ad prosequendum as to Anthony Lovon Dixon (1) Signed on 8/31/15 by Magistrate Judge David P. Rush. (Siegert, Karen) (Entered: 08/31/2015) |
| 08/31/2015 | | | Writ of Habeas Corpus ad Prosequendum issued for 9/30/15 at 9:30 a.m. as to Anthony Lovon Dixon. This is a text entry only – no document is |

| | | | |
|---|---|---|---|
| | | | attached.(Siegert, Karen) (Entered: 08/31/2015) |
| 08/31/2015 | 6 | | NOTICE OF HEARING as to Anthony Lovon Dixon. This is the official notice for this hearing. Initial Appearance set for 9/30/2015 09:30 AM in MJ Courtroom, Springfield (DPR) before Magistrate Judge David P. Rush.This is a TEXT ONLY ENTRY. No document is attached.(Schroeppel, Kerry) (Entered: 08/31/2015) |
| 09/21/2015 | 7 | | AMENDED NOTICE OF HEARING as to Anthony Lovon Dixon. This is the official notice for this hearing. Initial Appearance set 9/30/3025 is **RESET to 9/22/2015 09:30 AM** in MJ Courtroom, Springfield (DPR) before Magistrate Judge David P. Rush.This is a TEXT ONLY ENTRY. No document is attached.(Schroeppel, Kerry) (Entered: 09/21/2015) |
| 09/22/2015 | 8 | | Minute Entry for proceedings held before Magistrate Judge David P. Rush: INITIAL APPEARANCE as to Anthony Lovon Dixon held on 9/22/2015. To order a transcript of this hearing please contact Kerry Schroeppel, 417–865–3869. (Schroeppel, Kerry) (Entered: 09/22/2015) |
| 09/22/2015 | 9 | | AFFIDAVIT of Financial Status of Anthony Lovon Dixon. (Schroeppel, Kerry) (Entered: 09/22/2015) |
| 09/22/2015 | 10 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Anthony Lovon Dixon (Schroeppel, Kerry) (Entered: 09/22/2015) |
| 09/22/2015 | 11 | | NOTICE OF HEARING as to Anthony Lovon Dixon. This is the official notice for this hearing. Arraignment and Scheduling Conference set for 9/30/2015 09:30 AM in MJ Courtroom, Springfield (DPR) before Magistrate Judge David P. Rush.This is a TEXT ONLY ENTRY. No document is attached.(Schroeppel, Kerry) (Entered: 09/22/2015) |
| 09/22/2015 | 12 | | NOTICE OF ATTORNEY APPEARANCE – Michelle Nahon Moulder appearing for Anthony Lovon Dixon. (Attorney Michelle Nahon Moulder added to party Anthony Lovon Dixon(pty:dft))(Moulder, Michelle) (Entered: 09/22/2015) |
| 09/30/2015 | 13 | | Minute Entry for proceedings held before Magistrate Judge David P. Rush: ARRAIGNMENT and SCHEDULING CONFERENCE as to Anthony Lovon Dixon held on 9/30/2015. Def enters plea of not guilty and remains in custody. To order a transcript of this hearing please contact Kerry Schroeppel, 417–865–3869. (Schroeppel, Kerry) (Entered: 09/30/2015) |
| 10/22/2015 | 14 | | SCHEDULING AND TRIAL ORDER as to Anthony Lovon Dixon. Signed on 10/22/2015 by Magistrate Judge David P. Rush.(Burch, C. Steve) (Entered: 10/22/2015) |
| 10/26/2015 | 15 | | ORDER setting pretrial conference as to Anthony Lovon Dixon. Pretrial Conference set for 11/5/2015 09:30 AM in MJ Courtroom, Springfield (DPR) before Magistrate Judge David P. Rush. Signed on 10/26/2015 by Magistrate Judge David P. Rush.(Burch, C. Steve) (Entered: 10/26/2015) |
| 10/30/2015 | 16 | | ORDER OF TRANSFER. With the consent of the Honorable Douglas Harpool the criminal cases listed on Attachment A to this order are hereby transferred to Judge Roseann Ketchmark. Signed on October 30, 2015 by Chief District Judge Greg Kays.(Moore, Terri) (Entered: 10/30/2015) |

| | | | |
|---|---|---|---|
| 11/04/2015 | 17 | | NOTICE OF HEARING as to Anthony Lovon Dixon. This is the official notice for this hearing. , Change of Plea Hearing set for 11/5/2015 02:30 PM in MJ Courtroom, Springfield (DPR) before Magistrate Judge David P. Rush. NOTICE OF HEARING CANCELLATION the pretrial conference scheduled for 11/5/2015 has been cancelled This is a TEXT ONLY ENTRY. No document is attached.(Schroeppel, Kerry) (Entered: 11/04/2015) |
| 11/05/2015 | 18 | | Minute Entry for proceedings held before Magistrate Judge David P. Rush: CHANGE OF PLEA HEARING as to Anthony Lovon Dixon held on 11/5/2015. Court will enter a report and recommendation. To order a transcript of this hearing please contact Kerry Schroeppel, 417−865−3869. (Schroeppel, Kerry) (Entered: 11/05/2015) |
| 11/05/2015 | 19 | | NOTICE Regarding Entry of a Plea of Guilty as to Anthony Lovon Dixon (Schroeppel, Kerry) (Entered: 11/05/2015) |
| 11/05/2015 | 20 | | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Anthony Lovon Dixon, objections to R&R due by 11/23/2015(Schroeppel, Kerry) (Entered: 11/05/2015) |
| 11/06/2015 | 21 | | ELECTRONIC TRANSCRIPT as to Anthony Lovon Dixon of HEARING ON CHANGE OF PLEA held November 5, 2015 before Judge David P. Rush. Court Reporter: Lissa Whittaker, 816−914−3613, rapidtranscript@gmail.com. Number of pages: 10. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 11/13/2015. Release of Transcript Restriction set for 2/4/2016.**(Whittaker, Lissa) (Entered: 11/06/2015) |
| 11/24/2015 | 22 | | ACCEPTANCE of Plea of Guilty and Adjudication of Guilt as to Anthony Lovon Dixon adopting 20 REPORT AND RECOMMENDATIONS on Plea of Guilty. (Schroeppel, Kerry) (Entered: 11/24/2015) |
| 03/14/2016 | 24 | | NOTICE OF HEARING as to Anthony Lovon Dixon. This is the official notice for this hearing. Sentencing set for 3/31/2016 08:30 AM in Courtroom 2, Springfield (VJC) before District Judge Roseann Ketchmark. Signed on March 14, 2016 by District Judge Roseann Ketchmark.(Moore, Terri) (Entered: 03/14/2016) |
| 03/14/2016 | 25 | | *AMENDED* NOTICE OF HEARING as to Anthony Lovon Dixon. This is the official notice for this hearing. Sentencing reset for 3/30/2016 02:30 PM (previously set for 3/31/2016 08:30 AM) in Courtroom 2, Springfield (VJC) before District Judge Roseann Ketchmark. Signed on March 14, 2016 by District Judge Roseann Ketchmark.(Moore, Terri) (Entered: 03/14/2016) |
| 03/25/2016 | 26 | | SENTENCING MEMORANDUM by USA as to Anthony Lovon Dixon (Carney, Patrick) (Entered: 03/25/2016) |
| 03/30/2016 | 27 | | Minute Entry for proceedings held before District Judge Roseann Ketchmark: SENTENCING held on 3/30/2016 for Anthony Lovon Dixon. To order a transcript of this hearing please contact Kathy Calvert, 816−512−5741. (Siegert, |

| | | | |
|---|---|---|---|
| | | | Karen) (Entered: 03/30/2016) |
| 03/30/2016 | 28 | | JUDGMENT and COMMITMENT as to Anthony Lovon Dixon (1), Count(s) 1, BOP 30 MOS; followed by Supervised Release for 10 YRS. Standard and special conditions. Fine waived; MSA $100. Dft remanded. Signed on 3/30/16 by District Judge Roseann Ketchmark.(Siegert, Karen) (Entered: 03/30/2016) |
| 04/07/2016 | 29 | | NOTICE OF APPEAL by Anthony Lovon Dixon re 28 Judgment and Commitment, Filing fee $ 505, receipt number IFP. (Moulder, Michelle) (Entered: 04/07/2016) |
| 04/10/2016 | 30 | | ELECTRONIC TRANSCRIPT as to Anthony Lovon Dixon of sentencing held March 30, 2016, before Judge Roseann Ketchmark. Court Reporter: Kathy Calvert, 816–512–5741, kathy_calvert@mow.uscourts.gov. Number of pages: 13. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully.  **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 4/18/2016. Release of Transcript Restriction set for 7/11/2016.**(Calvert, Kathy) (Entered: 04/10/2016) |
| 04/20/2016 | 31 | | Writ of Habeas Corpus ad Prosequendum returned executed on 4/20/16 as to Anthony Lovon Dixon. This document contains original signatures of non attorneys and is being maintained in a paper file at the court.(Siegert, Karen) (Entered: 04/20/2016) |
| 08/01/2016 | 32 | | Transmission of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail as to Anthony Lovon Dixon to US Court of Appeals. Related Document 29 Notice of Appeal – Final Judgment. (Keller, Jeanne) (Entered: 08/01/2016) |
| 08/08/2016 | 33 | | USCA Case Number from 8th USCA is 16–3303 for 29 Notice of Appeal – Final Judgment filed by Anthony Lovon Dixon as to Anthony Lovon Dixon. Briefing schedule entered by the Court of Appeals is attached. Appeal Record due by 8/25/2015. Transcript due by 8/25/2016. (Attachments: # 1 Briefing Schedule)(Keller, Jeanne) (Entered: 08/08/2016) |
| 08/10/2016 | 34 | | Certified and transmitted record on Appeal as to Anthony Lovon Dixon to US Court of Appeals re 29 Notice of Appeal – Final Judgment (Siegert, Karen) (Entered: 08/10/2016) |
| 02/28/2017 | 35 | | JUDGMENT AND/OR OPINION of USCA as to Anthony Lovon Dixon re 29 Notice of Appeal – Final Judgment **This is a preliminary judgment and/or opinion of U.S. Court of Appeals; jurisdiction is not recovered until the mandate is issued by the appellate court.** (Attachments: # 1 Per Curium Opinion)(Keller, Jeanne) (Entered: 02/28/2017) |
| 03/22/2017 | 36 | | MANDATE of USCA as to Anthony Lovon Dixon re 29 Notice of Appeal – Final Judgment with mandate issued on 3/22/2017. (Keller, Jeanne) (Entered: 03/22/2017) |
| 04/10/2018 | 38 | | |

|  |  |  |
|---|---|---|
|  |  | ORDER MODIFYING Conditions of Supervised Release as to Anthony Lovon Dixon. Related document 37 Pretrial Report/Probation Memorandum. Signed on April 10, 2018 by District Judge Roseann Ketchmark.(Wheeler, LaTandra) (Entered: 04/10/2018) |
| 12/20/2018 | 40 | ORDER MODIFYING Conditions of Supervised Release as to Anthony Lovon Dixon. Related document 39 Pretrial Report/Probation Memorandum. Signed on December 20, 2018 by District Judge Roseann Ketchmark.(Wheeler, LaTandra) (Entered: 12/20/2018) |
| 02/13/2019 | 43 | ORDER MODIFYING Conditions of Supervised Release as to Anthony Lovon Dixon. Related document 41 Pretrial Report/Probation Memorandum. Signed on February 13, 2019 by District Judge Roseann Ketchmark.(Wheeler, LaTandra) (Entered: 02/13/2019) |

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 15-03052-01-CR-S-MDH |
| Plaintiff, | 18 U.S.C. § 2250(a) |
| | NMT 10 Years Imprisonment |
| v. | NMT $250,000 Fine |
| **ANTHONY LOVON DIXON,** | NLT 5 Years and NMT Life Supervised Release |
| | Class C Felony |
| Defendant. | $100 Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

Between August 1, 2014, and March 24, 2015, said dates being approximate, in the Western District of Missouri, and elsewhere, the defendant, **ANTHONY LOVON DIXON**, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce, and knowingly failed to register or update a registration as required by the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250(a).

               **A TRUE BILL**

               */s/*
               FOREPERSON OF THE GRAND JURY

*/s/ Patrick A.N. Carney*
**PATRICK A.N. CARNEY**
Assistant United States Attorney

DATED:  05/05/2015
       Springfield, Missouri

*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*

## CRIMINAL CASE COVER SHEET

| **County of Offense / Division of Filing** | **Matter to be Sealed** |
|---|---|
| Pulaski / Southern | ☐ Secret Indictment |
| | ☐ Juvenile |

**Defendant Information**

Defendant Name: Anthony Lovon Dixon

Alias Name:

Birth Date: 08-13-1971

**Related Case Information**

Superseding Indictment?   ☐ Yes   ■ No   If yes, original case number: _____

New Defendant(s)?   ■ Yes   ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Patrick Carney

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?**   ☐ Yes   ☐ No
**Warrant Required?**   ☐ Yes   ☐ No

**U.S.C. Citations**

Total # of Counts:   1 count

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:2250.F FAILURE TO REGISTER AS A SEX OFFENDER | 1 |
| 2 | | |
| 3 | | |
| 4 | | |

(May be continued on reverse)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **JUDGMENT IN A CRIMINAL CASE** |
| | § | |
| v. | § | |
| | § | Case Number: **6:15-CR-03052-RK(1)** |
| **ANTHONY LOVON DIXON** | § | USM Number: **28079-045** |
| | § | **Michelle Moulder** |
| | § | Defendant's Attorney |

The defendant:

☒ pleaded guilty to count(s) 1 of the Indictment on 11/5/2015
☐ pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court.
☐ pleaded nolo contendere to count(s) which was accepted by the court
☐ was found guilty on count(s) after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 18 U.S.C. § 2250(a) Failure To Register As A Sex Offender | 03/24/2015 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☐ Count(s)  ☐ is  ☐ are dismissed on the motion of the United States

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**March 30, 2016**
Date of Imposition of Judgment

**/s/ Roseann A. Ketchmark**
Signature of Judge

**ROSEANN A. KETCHMARK**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**March 30, 2016**
Date

DEFENDANT:          ANTHONY LOVON DIXON  
CASE NUMBER:        6:15-CR-03052-RK(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**30 months as to count 1.**

☒ The court makes the following recommendations to the Bureau of Prisons:
   That the defendant be referred to a facility to complete a sex offender evaluation and complete an appropriate sex offender treatment program as determined by the Bureau of Prisons.

☒ The defendant is remanded to the custody of the U.S. Marshal.

☐ The defendant shall surrender to the U.S. Marshal for this district:

   ☐ at         ☐ a.m.    ☐ p.m.    on

   ☐ as notified by the U.S. Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on
   ☐ as notified by the U.S. Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

_____  
U.S. MARSHAL

_____  
DEPUTY U.S. MARSHAL

DEFENDANT:          ANTHONY LOVON DIXON  
CASE NUMBER:        6:15-CR-03052-RK(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **ten (10) years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

DEFENDANT:         ANTHONY LOVON DIXON  
CASE NUMBER:       6:15-CR-03052-RK(1)

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall successfully participate in any substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office.

2. The defendant shall not consume or possess alcoholic beverages or beer, including 3.2 percent beer, at any time, and shall not be present in any establishment where alcoholic beverages are the primary items for sale.

3. The defendant will not associate or have any contact with persons under the age of 18, except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved by the Probation Office.

4. The defendant will neither possess nor have under his control any matter that is pornographic/erotic; or that describes sexually explicit conduct, violence toward children or child pornography [as described in 18 U.S.C. 2256(2) and (8)], including photographs, images, books, writings, drawings, videos, and electronic material.

5. The defendant shall successfully participate in a program of sex offender counseling, as directed by the Probation Office. The defendant shall also pay any associated costs as directed by the Probation Office.

6. The defendant shall successfully participate in a program of polygraph testing to assist in treatment and/or monitoring, as directed by the Probation Office. The defendant shall also pay any associated costs as directed by the Probation Office.

7. The defendant shall submit his person and any property, house, residence, office, vehicle, papers, computer, other electronic communication or data storage devices or media and effects to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

8. The defendant's place of residence may not be within 1,000 feet of schools, parks, playgrounds, public pools, or other locations frequented by children.

9. The defendant is barred from places where minors (under the age of 18) congregate; such as residences, parks, pools, daycare centers, playgrounds and school, unless prior written consent is granted by the Probation Office.

10. The defendant shall comply with all state and federal sex offender registration requirements.

DEFENDANT:          ANTHONY LOVON DIXON
CASE NUMBER:        6:15-CR-03052-RK(1)

11. The defendant shall not possess or use any computer or electronic device with access to any 'on-line computer service' without the prior approval of the Probation Office. This includes any public or private computer network.

12. The defendant shall consent to having installed any hardware or software systems on his computer(s), to monitor computer use. The defendant shall pay any associated costs as directed by the Probation Office.

13. The defendant shall not maintain or create a user account on any social networking site (i.e. Myspace, Facebook, Adultfriendfinder, etc.) that allows access to persons under the age of 18, or allows for the exchange of sexually explicit material, chat conversations, or instant messaging. The defendant shall not view and/or access any web profile users under the age of 18.

14. The defendant shall consent to third-party disclosure to any employer, or potential employer, concerning the history, characteristics, criminal background or any computer-related restrictions that have been imposed.

15. The defendant shall comply with the Western District of Missouri Offender Employment Guideline which may include participation in training, counseling, and/or daily job searching as directed by the probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be required to perform up to 20 hours of community service per week until employed, as approved or directed by the probation officer.

## ACKNOWLEDGMENT OF CONDITIONS

I have read or have read the conditions of supervision set forth in this judgment and I fully understand them. I have been provided a copy of them.

I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_____   _____
DEFENDANT                                     DATE


_____   _____
UNITED STATES PROBATION OFFICER               DATE

DEFENDANT:         ANTHONY LOVON DIXON
CASE NUMBER:       6:15-CR-03052-RK(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|        | Assessment | Fine  | Restitution |
|--------|-----------:|------:|------------:|
| **TOTALS** | $100.00 | $.00 | $.00 |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☒   Lump sum payment of $ 100.00 due immediately.  It is ordered that the Defendant shall pay to the United States a special assessment of $100.00 for Count 1which shall be due immediately.  Said special assessment shall be paid to the Clerk, U.S. District Court.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court. The Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| ANTHONY LOVON DIXON | ) Case No. 15-03052-01-CR-S-RK |
| | ) |
| Defendant. | ) |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of April 6, 2018, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Anthony Lovon Dixon:

**The defendant will reside in and satisfactorily participate in a residential reentry center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 120 days.**

/s/ Roseann A. Ketchmark
_____
ROSEANN A. KETCHMARK
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this   10th   day of   April  , 2018.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| ANTHONY LOVON DIXON | ) Case No. 15-03052-01-CR-S-RK |
| | ) |
| Defendant. | ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of December 20, 2018, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Anthony Lovon Dixon:

**The defendant shall be monitored by the form of location monitoring indicated below for a period of 90 days and shall abide by all technology requirements:**

**Location Monitoring Technology at the Discretion of the Officer**

**This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:**

**You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as preapproved by the officer (Home Detention).**

**The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer.**

s/ Roseann A. Ketchmark
_____
ROSEANN A. KETCHMARK
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this  20th  day of  December , 2018.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| ANTHONY LOVON DIXON | ) Case No. 15-03052-01-CR-S-RK |
| | ) |
| Defendant. | ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of February 12, 2019, it is hereby ORDERED that the following be condition be SUSPENDED for Anthony Lovon Dixon:

**The defendant shall be monitored by the form of location monitoring indicated below for a period of 90 days and shall abide by all technology requirements:**

**Location Monitoring Technology at the Discretion of the Officer**

**This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:**

**You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as preapproved by the officer (Home Detention).**

**The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer.**

s/ Roseann A. Ketchmark
_____
ROSEANN A. KETCHMARK
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this ___13th___ day of __February__, 2019.